1

2

3

4

5           **IN THE UNITED STATES DISTRICT COURT**

6           **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    DIANA L. WEST,                         No. 1:07-cv-01049 LJO TAG

9                    Plaintiff,             ORDER TO SHOW CAUSE WHY
                                            ACTION SHOULD NOT BE DISMISSED
10        vs.                               FOR FAILURE TO PROSECUTE

11   MICHAEL J. ASTRUE,
     Commissioner of Social Security,
12
                    Defendant.
13   _____/

14

15          Plaintiff Diana L. West ("plaintiff"), through her attorney, filed a complaint seeking judicial

16   review of an administrative decision denying her claim for supplemental security income under the

     Social Security Act ("Act").  Plaintiff filed her complaint and an application for leave to proceed in
17
     forma pauperis ("IFP Application") on July 20, 2007.  (Docs. 1, 2).  On July 23, 2007, this Court
18
     granted Plaintiff's IFP Application.  (Doc. 3).  The Court also issued a Summons (Doc. 4), and a
19
     Scheduling Order with the following attachments: (1) Consent Forms and (2) a USM Form with
20
     instructions.  (Doc. 5).
21
            Pursuant to the instructions to the USM Form, Plaintiff was directed to provide the Clerk's
22
     office with, inter alia, the original and five copies of the Summons, five copies of the complaint, and
23
     a completed USM-285 form.  (Doc. 5-3).  To date, however, Plaintiff has not submitted the
24
     Summons and other documents required to enable the U.S. Marshal to effect service on behalf of a
25
     Plaintiff proceeding in forma pauperis.  (See Docket Sheet).  Plaintiff's failure to file the requisite
26
     documents demonstrates an unwillingness to prosecute her action and subjects her to sanctions,
27
     including dismissal of her complaint, for failing to comply with a Court order.  See Local Rule 11-
28

                                                     1

1  110.  Based on the foregoing, Plaintiff shall be ordered to show cause why this action should not be

2  dismissed for failure to comply with a Court order and to prosecute her appeal from an adverse

3  administrative decision.

4        Accordingly, the Court HEREBY ORDERS that, within twenty (20) days of the date of

5  service of this Order, Plaintiff shall show cause, in writing, why this action should not be dismissed

6  for failure to comply with a Court order and to prosecute.  Plaintiff's submission of the enumerated

7  documents within fifteen (15) days of the date of service will result in a discharge of this Order to

8  Show Cause.

9

10  IT IS SO ORDERED.

11  Dated:   **November 19, 2007**                                    **/s/ Theresa A. Goldner**

12  _____                                                      UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2