# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA L. WEST, | Case No. 1:07-cv-1049 LJO TAG |
| Plaintiff, | ORDER VACATING ORDER TO SHOW CAUSE |
| v. | (Doc. 6) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Plaintiff Diana L. West ("Plaintiff") is represented by counsel and proceeding in forma pauperis in her appeal from an adverse administrative decision by Defendant with respect to her claim for benefits under the Social Security Act. On November 20, 2007, upon noting that Plaintiff had yet to submit the documents required to enable the U.S. Marshal's Service to serve Defendant, this Court issued an Order to Show Cause why Action Should not be Dismissed for Failure to Prosecute ("OSC"). (Doc. 6). On December 10, 2007, Plaintiff timely responded to the OSC and submitted the requisite documents. (Docs. 8, 9).

Good cause appearing, it is HEREBY ORDERED that

The Court's November 20, 2007 Order to Show Cause why Action Should not be Dismissed for Failure to Prosecute (Doc. 6) is VACATED.

IT IS SO ORDERED.

Dated:   **December 18, 2007**                        **/s/ Theresa A. Goldner**
                                                      UNITED STATES MAGISTRATE JUDGE