STUART BARASCH
California Bar #74108
925 - 41st Street, Suite 102
Miami Beach, FL 33140-3337
Tel. (800) 445-2930
Fax (213) 621-2536
email: sblawoffice@aol.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Diana L. West,<br><br>            Plaintiff,<br><br>v.<br><br>Michael J. Astrue,<br>Commissioner of Social Security,<br><br>            Defendant. | 1:07-cv-01049 LJO TAG<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

    IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court as evidence below, that Plaintiff's time to prepare and file her Opening Brief, in the above-referenced case is hereby extended to November 11, 2008.

    Therefore, pursuant to the court's Scheduling Order (Social Security Appeal), defendant's responsive brief will be due 30 days (plus three for mailing) after service of plaintiff's Opening Brief.

1

This continuance is needed because of a heavy calendar and in order for the plaintiff to prepare the materials necessary to prepare and file her Opening Brief.

DATED: August 20, 2008

S/Stuart Barasch
STUART BARASCH, Attorney for
Plaintiff Diana L. West

DATED: August 20, 2008

McGREGOR W. SCOTT
United States Attorney

*S/Sarah Ryan
SARAH RYAN
Assistant Regional Counsel
Benjamin E. Hall
Assistant Regional Counsel
Social Security Administration,
Office of the General Counsel
Attorneys for Federal Defendant
MICHAEL J. ASTRUE,
Commissioner of Social Security
*Signed, as per email authorization.

ORDER REGARDING STIPULATION

The Court has considered the parties' stipulation. The administrative record in this case was filed on June 16, 2008. (Doc. 16). The Court calculates that the deadline for Plaintiff to file her opening brief is September 19, 2008. The scheduling order in this case provides for a single 30-day continuance by stipulation of the parties. (Doc. 5, p. 4). The Court grants the parties' request to extend the deadline for Plaintiff to file her opening brief, but only to Monday, October 20, 2008. All other provisions of the scheduling order (Doc. 5) remain in full force and effect.

IT IS SO ORDERED.

Dated:  **September 8, 2008**

         /s/ Theresa A. Goldner
UNITED STATES MAGISTRATE JUDGE