1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SARAH RYAN, State Bar of Texas #17479500
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone:  (415) 977-8943
      Facsimile:  (415) 744-0134
7     E-Mail: sarah.ryan@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA

11                  **FRESNO DIVISION**

12

13  DIANA L. WEST                  )    CIVIL NO. CIV. 07-1049-TAG
                                   )
14       Plaintiff,                )    FIRST STIPULATION AND ORDER TO
                                   )    EXTEND TIME FOR DEFENDANT
15       v.                        )    TO FILE OPPOSITION TO
                                   )    PLAINTIFF'S OPENING BRIEF
16  MICHAEL J. ASTRUE,             )
    Commissioner of                )
17  Social Security,               )
                                   )
18       Defendant.                )
                                   )
19  _____ )

20

21       The parties, through their respective counsel, stipulate that the time for filing defendant's

22  opposition to plaintiff's opening brief be extended from November 18, 2008, to December 18, 2008.  All

23  other filing deadlines would be extended according to the Court's scheduling order.

24       This is defendant's first request for an extension of time to file a response to plaintiff's opening

25  brief.  Defendant needs the additional time because the attorney for Defendant Commissioner, Sarah

26  Ryan, Special Assistant United States Attorney, needs additional time to consult with her client and with

27  //

28  //

    //

the attorney for plaintiff regarding the issues of the case.  Said attorney for Defendant states that she has exercised due diligence in the prosecution of this case, and this extension is not sought for dilatory purposes, but so that the interests of the Court, the claimant and Defendant might be protected.

Respectfully submitted,

Dated: November 18, 2008.

*/s/ Stuart Barasch*
(As authorized by email)
STUART BARASCH
Attorney for Plaintiff

Dated: November 18, 2008

McGREGOR W. SCOTT
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

*/s/ Sarah Ryan*
SARAH RYAN
Special Assistant U.S. Attorney

## **ORDER**

The Court has read and considered the parties' stipulation, and finds that good cause exists to grant the extension of time requested by the parties.  Accordingly, Defendant shall have to and including December 18, 2008 to file a response to Plaintiff's opening brief.  No further continuances will be granted.

This order is made nunc pro tunc to November 19, 2008.

IT IS SO ORDERED.

Dated:  **November 24, 2008**

**/s/ Theresa A. Goldner**
UNITED STATES MAGISTRATE JUDGE

2