1  McGREGOR W. SCOTT
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   SARAH RYAN
4  Special Assistant United States Attorney

5     333 Market Street, Suite 1500
      San Francisco, California 94105
6     Telephone: (415) 977-8978
      Facsimile: (415) 744-0134
7     E-Mail: sarah.ryan@ssa.gov

8  Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | |
|---|---|
| DIANA L. WEST, ) | CIVIL NO. 1:07-CV-01049 TAG |
| Plaintiff, ) | |
| ) | |
| v. ) | AMENDED STIPULATION AND |
| ) | ORDER OF VOLUNTARY REMAND AND |
| MICHAEL J. ASTRUE, ) | DISMISSAL OF CASE, WITH DIRECTIONS |
| Commissioner of ) | TO CLERK TO ENTER JUDGMENT FOR |
| Social Security, ) | PLAINTIFF PURSUANT TO 42 U.S.C. |
| ) | § 405(g), SENTENCE FOUR |
| Defendant. ) | |
| _____ ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court as provided below, that the Commissioner has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Upon remand, Plaintiff will be offered the opportunity for a new hearing before the administrative law judge ("ALJ") and a new decision. The record will be updated and Plaintiff may offer such new evidence as she desires. The ALJ shall obtain supplemental vocational expert testimony to assist in determining what jobs may exist in significant numbers for Plaintiff, given her age, education, vocational factors and residual functional capacity.

It is further stipulated that the administrative decision shall be vacated and that the Clerk of this Court shall be directed to enter a separate, final judgment in favor of Plaintiff and against Defendant,

reversing the decision of the Commissioner, as provided for under Rules 58 and 79(a) of the Federal Rules of Civil Procedure, pursuant to <u>Shalala v. Schaefer</u>, 509 U.S. 292, 113 S. Ct. 2625 (1993).

                Respectfully submitted,

Dated: February 3, 2009.      */s/ Stuart Barasch*
                (As authorized via facsimile)
                STUART BARASCH
                Attorney for Plaintiff

Dated: February 3, 2009.      McGREGOR W. SCOTT
                United States Attorney
                LUCILLE GONZALES MEIS
                Regional Chief Counsel, Region IX
                Social Security Administration

                */s/ Sarah Ryan*
                SARAH RYAN
                Special Assistant U.S. Attorney

                Attorneys for Defendant

IT IS SO ORDERED.

Dated:   **February 4, 2009**             **/s/ Theresa A. Goldner**
                             UNITED STATES MAGISTRATE JUDGE