UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANA L. WEST,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No. 1:07-CV-01049 TAG<br><br>ORDER DENYING APPROVAL<br>OF STIPULATION FOR<br>SETTLEMENT OF ATTORNEY'S<br>FEES |

On February 24, 2008, the parties filed a stipulation and proposed order regarding settlement of attorney's fees pursuant to the Equal Access to Justice Act. (Doc. 31). The Court has read and considered the stipulation, and will deny the parties' request to approve it, for the following reasons.

1. The stipulation recites that the parties have agreed that (a) "Plaintiff, Charles Withers, be awarded attorney's fees" of $2,885.00 for legal services rendered on Plaintiff's behalf, (b) Plaintiff has executed a valid assignment of all right, title, and interest therein to "his attorney of record, Robert Ishikawa;" and (c) the fees will be paid to attorney Stuart Barasch.

2. Contrary to the stipulation, (a) the plaintiff in this action is Diana L. West, *not Charles Withers*, and (b) attorney Robert Ishikawa *is not Plaintiff's attorney of record in this action.*[1] Moreover, even if attorney Ishikawa were Plaintiff's attorney of record, there is no evidence that he assigned anything to attorney Barasch.

///

---

[1] The docket sheet reflects that attorney Robert Ishikawa has not appeared in this action to date.

1

1 | Based on the foregoing, the parties' request for approval of the stipulation (Doc. 31) is
2 | DENIED.

4 | IT IS SO ORDERED.

5 | Dated:   **February 26, 2009**                                    /s/ Theresa A. Goldner
                                                                UNITED STATES MAGISTRATE JUDGE