1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

9

DIANA L. WEST,                          )
                                        )
10          Plaintiff,                  )
                                        )
11              v.                      )
                                        )
12   MICHAEL J. ASTRUE,                 )
     Commissioner of                    )
13   Social Security,                   )
                                        )
14          Defendant.                  )
15   _____)

Case Number: 1:07-cv-01049 TAG

ORDER APPROVING STIPULATION
FOR SETTLEMENT OF ATTORNEY'S
FEES PURSUANT TO EQUAL ACCESS
TO JUSTICE ACT (28 U.S.C. § 2412(d))

(Doc. 34)

16

17      The Court has read and considered the parties' stipulation and agreement for settlement

18   and approval of attorney's fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C.

19   § 2412(d), filed March 12, 2009 (Doc. 34), and finds that good cause exists to approve it.

20      Accordingly, the parties' stipulation and agreement for settlement and approval of

21   attorney's fees IS HEREBY APPROVED AND ORDERED.

22      IT IS FURTHER ORDERED AND DECREED that the EAJA fees in the amount of

23   TWO THOUSAND EIGHT HUNDRED EIGHTY-FIVE and NO/100 DOLLARS ($2,885.00)

24   which would otherwise have been payable to Plaintiff as attorney's fees arising from the

25   prosecution of this action shall be paid instead to:

26   ///

27
28

1

2　　　　　　Stuart Barasch
　　　　　　Law Offices of Stuart Barasch
3　　　　　　925 - 41st Street, Suite 102
　　　　　　Miami Beach, FL 33140-3337.

4

5

6　IT IS SO ORDERED.

7　Dated:　**March 17, 2009**　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28